FILED

01/20/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0531

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0531

---

VICTORY INSURANCE COMPANY,

Petitioner and Appellant,

v.

TROY DOWNING, MONTANA STATE AUDITOR, COMMISSIONER OF INSURANCE AND SECURITIES,

Respondent and Appellee.

---

## ORDER

---

Pursuant to authority granted under Mont. R. App. P. 26(1), Appellee the Commissioner of Securities and Insurance, Montana State Auditor is given an extension of time until March 30, 2023, to prepare, file and serve its answer brief.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 20 2023